FISH & RICHARDSON P.C.
Rodeen Talebi (SBN 320392)
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949-623-7640
Facsimile: 858-678-5099

Neil J. McNabnay (*pro hac vice pending*)
Lance E. Wyatt (*pro hac vice pending*)
Alexander H. Martin (*pro hac vice pending*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VOLTSTAR TECHNOLOGIES, INC.,**<br><br>    PLAINTIFF,<br><br>v.<br><br>**GC TECHNOLOGY, LLC DBA PHONESUIT,**<br><br>    DEFENDANT. | CASE NO. 2:25-CV-01036-AJR<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**Complaint served: February 25, 2025**<br>**Current response date: April 17, 2025**<br>**New response date: May 19, 2025**<br><br>**Courtroom: 780**<br>**Judge: Hon. A. Joel Richlin** |

Pursuant to Local Rule 8-3, Plaintiff Voltstar Technologies, Inc. ("Plaintiff") and Defendant GC Technology, LLC dba Phonesuit ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed its Complaint on February 6, 2025 (Dkt. 1);

2. WHEREAS, Plaintiff served its Complaint on February 25, 2025;

3. WHEREAS, Defendant is required to answer or otherwise respond to the Complaint by April 17, 2025;

4. WHEREAS, Defendant recently retained Fish & Richardson P.C. as counsel in this matter;

5. WHEREAS, counsel for the parties have jointly agreed, subject to the approval of the Court, to an additional 30-day extension for Defendant to answer or otherwise respond to the Complaint;

6. WHEREAS, the parties believe that good cause exists for this extension for a number of reasons, including to permit counsel for Defendant sufficient time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider an appropriate response;

7. WHEREAS, no party will be prejudiced by the relief sought;

8. WHEREAS, trial will not be delayed because the Court has not set a trial date, and this brief extension will not impact other deadlines in this case; and

9. WHEREAS, the present extension is not sought for any improper purpose.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that the time for Defendant to answer or otherwise plead to the Complaint in the above-captioned action shall be, and hereby is, extended by 30 days to May 19, 2025.

| | | |
|---|---|---|
| 1 | Dated: April 16, 2025 | SRIPLAW, P.A. |
| 2 | | |
| 3 | | /s/ *Matthew L. Rollin with permission* |
| | | Matthew L. Rollin (SBN 332631) |
| 4 | | SRIPLAW, P.A. |
| | | 8730 Wilshire Boulevard |
| 5 | | Suite 350 |
| 6 | | Beverly Hills, California 90211 |
| | | 323.452.5600 – Telephone |
| 7 | | 561.404.4354 – Facsimile |
| 8 | | COUNSEL FOR PLAINTIFF |
| | | VOLTSTAR TECHNOLOGIES, INC. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: April 16, 2025 | FISH & RICHARDSON P.C. |
| 13 | | /s/ *Rodeen Talebi* |
| 14 | | Rodeen Talebi (SBN 320392) |
| | | 4695 MacArthur Court, Suite 1100 |
| 15 | | Newport Beach, CA 92660 |
| 16 | | Telephone: 949-623-7640 |
| | | Facsimile: 858-678-5099 |
| 17 | | COUNSEL FOR DEFENDANT |
| 18 | | GC TECHNOLOGY, LLC DBA |
| | | PHONESUIT |