FISH & RICHARDSON P.C.
Rodeen Talebi (SBN 320392)
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949-623-7640
Facsimile: 858-678-5099
Counsel for Defendant GC Technology, LLC
DBA Phonesuit

Matthew L. Rollin (SBN 332631)
SRIPLAW, P.A.
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4354 – Facsimile
Counsel for Plaintiff
Voltstar Technologies, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VOLTSTAR TECHNOLOGIES, INC.,** | CASE NO. 2:25-CV-01036-AJR |
| PLAINTIFF, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| **GC TECHNOLOGY, LLC DBA PHONESUIT,** | |
| DEFENDANT. | |

Plaintiff Voltstar Technologies, Inc. ("Plaintiff") and Defendant GC Technology, LLC dba Phonesuit ("Defendant"), by and through their undersigned

counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notify the Court that the parties have reached a settlement in principle and request an adjournment of all deadlines, and until July 18, 2025 in which to file a Stipulation of Dismissal.

Dated: June 18, 2025

SRIPLAW, P.A.

*/s/ Matthew L. Rollin*
Matthew L. Rollin (SBN 332631)
SRIPLAW, P.A.
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4354 – Facsimile
COUNSEL FOR PLAINTIFF
VOLTSTAR TECHNOLOGIES, INC.

Dated: June 18, 2025

FISH & RICHARDSON P.C.

*/s/ Rodeen Talebi with permission*
Rodeen Talebi (SBN 320392)
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949-623-7640
Facsimile: 858-678-5099
COUNSEL FOR DEFENDANT
GC TECHNOLOGY, LLC DBA
PHONESUIT