1  Matthew L. Rollin (SBN 332631)
2  **SRIPLAW, P.A.**
   8730 Wilshire Boulevard
3  Suite 350
4  Beverly Hills, California 90211
   323.452.5600 – Telephone
5  561.404.4354 – Facsimile
6
7  *Counsel for Plaintiff Voltstar*
   *Technologies, Inc.*
8
9  Rodeen Talebi (SBN 320392)
   **FISH & RICHARDSON P.C.**
10 4695 MacArthur Court, Suite 1100
11 Newport Beach, CA 92660
   Telephone: 949-623-7640
12 Facsimile: 858-678-5099
13
14 *Counsel for Defendant GC*
   *Technology, LLC DBA Phonesuit*
15

16                    **UNITED STATES DISTRICT COURT**
17                    **CENTRAL DISTRICT OF CALIFORNIA**
18                              **WESTERN DIVISION**
19

| VOLTSTAR TECHNOLOGIES, INC., | Case No.: 2:25-cv-01036 |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | The Honorable A. Joel Richlin |
| GC TECHNOLOGY, LLC, | |
| Defendant. | |

        Plaintiff VOLTSTAR TECHNOLOGIES, INC. and Defendant GC
TECHNOLOGY, LLC, by and through their undersigned counsel, hereby stipulate

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED:  September 15, 2025             Respectfully submitted,

| */s/Matthew L. Rollin* | */s/ Rodeen Talebi* |
|---|---|
| MATTHEW L. ROLLIN | RODEEN TALEBI |
| **SRIPLAW, P.A.** | **FISH & RICHARDSON P.C.** |
| *Counsel for Plaintiff Voltstar Technologies, Inc.* | *Counsel for Defendant GC Technology, LLC* |

**ATTESTATION**

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN